FILED

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

for the

2018 JUL 26 AM 11: 22

Middle District of Florida

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

| | | |
|---|---|---|
| ASHLEY POTTS f/k/a ASHLEY TAYLOR | ) ) ) ) ) | |
| Plaintiff(s) | ) | |
| v. | ) ) | Civil Action No. 8:18-cv-01835-T-30-CPT |
| SAS MARKETING GROUP, LLC d/b/a GLOBAL LOAN CONSOLIDATION, GLOBAL DOC PREP, INC., and EQUITABLE ACCEPTANCE CORPORATION | ) ) ) ) ) | |
| Defendant(s) | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GLOBAL DOC PREP, INC.
c/o Catherine Rudnick, as Registered Agent for Defendant
5301 N. Federal Highway, Suite 250
Boca Raton, FL 33487

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael A. Ziegler, Esq.
Kaelyn Steinkraus, Esq.
Law Office of Michael A. Ziegler, PL
13575 58th Street North, Suite 129
Clearwater, FL 33760
Telephone: (727) 538-4188

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 07/26/18

_____
*Signature of Clerk or Deputy Clerk*