**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ASHLEY POTTS f/k/a**
**ASHLEY TAYLOR,**

    **Plaintiff,**

v.                                                        **CASE NO.:   8:18-cv-01835-JSM-CPT**

**SAS MARKETING GROUP, LLC d/b/a**
**GLOBAL LOAN CONSOLIDATION,**
**GLOBAL DOC PREP INC, and**
**EQUITABLE ACCEPTANCE**
**CORPORATION,**

    **Defendants.**
_____/

## PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), and the Court's Related Case Order and Track Two Notice (Doc. No. 5), I certify that the instant action:

__X__ IS         related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as Indicated below:

                Middle District of Florida Case #: 8:17-cv-02024-SDM-TBM
                Taylor v. SAS Marketing Group, LLC, et. al.

_____ IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Respectfully submitted this **August 10, 2018.**

>*/s/ Kaelyn Steinkraus*
>Kaelyn Steinkraus, Esq.
>Florida Bar No. 125132
>kaelyn@zieglerlawoffice.com
>Michael A. Ziegler, Esq.
>Florida Bar No. 74864
>mike@zieglerlawoffice.com
>Law Office of Michael A. Ziegler, P.L.
>13575 58th Street North, Suite 129
>Clearwater, FL 33760
>(p)  (727) 538-4188
>(f)  (727) 362-4778
>Attorneys and Trial Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on this **10** day of **August, 2018**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, and sent via standard mail to the below address for Defendant, since no attorneys have appeared to date:

SAS Marketing Group, LLC d/b/a Global Loan Consolidation
c/o Andrew Rudnick, as Registered Agent for Defendant
5301 N. Federal Highway, Suite 250
Boca Raton, FL 33487

Global Doc Prep, Inc.
c/o Catherine Rudnick, as Registered Agent for Defendant
5301 N. Federal Highway, Suite 250
Boca Raton, FL 33487

Equitable Acceptance Corporation
c/o Jeff D. Henn, as Registered Agent for Defendant
1200 Ford Road
Minnetonka, MN 55305

>*/s/ Kaelyn Steinkraus*
>Kaelyn Steinkraus, Esq.
>Florida Bar No. 125132
>kaelyn@zieglerlawoffice.com